**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **ANGELA REYNA** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 2:20-cv-00151** |
| | § | **JURY TRIAL** |
| **CASCADE HEALTH SERVICES, LLC** | § | |
| **d/b/a CIMARRON PLACE HEALTH &** | § | |
| **REHABILITATION** | § | |

**PLAINTIFF'S OPPOSED STIPULATION OF DISMISSAL OF CLAIMS**

**TO THE HONORABLE UNITED STATES DISTRICT COURT JUDGE:**

**NOW COMES** Plaintiff, Angela Reyna, filing this *Plaintiff's Opposed Stipulation of Dismissal of Claims*, showing unto this honorable Court as follows:

1. On June 5, 2020, Plaintiff filed her *Plaintiff's Original Complaint*.

2. On August 11, 2020, Defendant filed its *Defendant Cascade-Nueces Health Services, LTD. d/b/a Cimarron Place Health & Rehabilitation's Rule 12(b)96) Motion to Dismiss*.

3. At this time and based on a reading of the revised FINAL RULE issued by the Department of Labor on September 11, 2020, Plaintiff moves to dismiss her claims against Defendant pursuant to Rule 41 of the Federal Rules of Civil Procedure.

4. Defendant, who has not filed an answer or a motion for summary judgment, opposes the granting of the instant relief[1].

5. This case is not a class action and a receiver has not been appointed.

6. This action is not governed by any statute of the United States that requires an order of the court for dismissal of this cause.

---

[1] As noted above, Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that a "Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." FED.RULESCIV.PRO. 41(a)(1)(A). Accordingly, while Plaintiff notes Defendant's "opposition," Plaintiff would assert that such opposition is without merit and/or justification and that the relief requested herein should be granted nonetheless – with or without approval of the Court.

7. Plaintiff has not dismissed an action based on or including the same claim or claims as those presented in this suit.

**WHEREFORE, PREMISES CONSIDERED**, Plaintiff prays that the Court dismiss Plaintiff's claims against Defendant, without prejudice and grant all further relief, either at law or equity, to which she may be justly entitled.

Respectfully submitted,

GALE LAW GROUP, PLLC
711 N. Carancahua St., Suite 514
Corpus Christi, Texas 78401
Mailing Address:
P.O. Box 2591
Corpus Christi, Texas 78403
Telephone: (361)808-4444
Telecopier: (361)232-4139

By: /s/ *Christopher J. Gale*
Christopher J. Gale
Southern District Bar No. 27257
Texas Bar No. 00793766
Email: Chris@GaleLawGroup.com
*Attorney for Plaintiff*

By: /s/ *Amie Augenstein*
Amie Augenstein
Southern District Bar No. 2236723
Texas Bar No: 24085184
Email: Amie@GaleLawGroup.com
*Attorney-in-Charge for Plaintiff*

## CERTIFICATE OF CONFERENCE

The undersigned counsel hereby certifies that he conferred with counsel for Defendant regarding the substance of this motion and he is opposed to the filing of this Stipulation.

*/s/ Christopher J. Gale*
Christopher J. Gale

**NOTICE OF ELECTRONIC FILING**

The undersigned counsel hereby certifies that he has electronically submitted for filing a true and correct copy of the above and foregoing in accordance with the Electronic Case Files System of the Southern District of Texas on the 12th day of October, 2020.

*/s/ Christopher J. Gale*
Christopher J. Gale

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 12th day of October, 2020, the above and foregoing was sent to the following counsel of record by the means indicated below:

Charles Jeremiah
HOLLAND & KNIGHT LLP
1100 Louisiana St., Suite 4300
Houston, Texas 77002

***Via E-File Notification***
***& By Email: Charles.Jeremiah@hklaw.com***

*/s/ Christopher J. Gale*
Christopher J. Gale