**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**CORPUS CHRISTI DIVISION**

| | | |
|---|---|---|
| **ANGELA REYNA,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Case No. 2:20-cv-00151** |
| | § | |
| **CASCADE HEALTH SERVICES,** | § | |
| **LLC d/b/a CIMARRON PLACE** | § | |
| **HEALTH & REHABILITATION** | § | |
| | § | |
| **Defendants.** | § | |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S "OPPOSED STIPULATION OF DISMISSAL OF CLAIMS"**

Defendant Cascade-Nueces Health Services, Ltd. d/b/a Cimarron Place Health & Rehabilitation ("Cascade"), files this brief response to Plaintiff's Opposed Stipulation of Dismissal of Claims to clarify certain issues and would show:

1. Defendant acknowledges Plaintiff's right to dismiss the case pursuant to Federal Rule of Civil Procedure 41(a)(1(A)(i) and is not opposed to dismissal.

2. Plaintiff has mischaracterized Defendant's position and conflates different subsections of Federal Rules of Civil Procedure 41. Plaintiff asked Defendant to *stipulate* to dismissal and Defendant's counsel advised that Defendant would jointly sign a stipulation of dismissal under Rule 41(a)(1)(A)(2) if it were with prejudice.

Plaintiff then asked if Defendant was opposed to a motion to dismiss and then shortly thereafter proceeded to file the "opposed stipulation" before Defendant had even responded and without further conference.[1]

3. Moreover, while the undersigned appreciates Plaintiff's acknowledgement that the claims are not legally viable, the controlling law in this case did not change with the Department of Labor's issuance of a Final Rule – as discussed in Defendant's Motion to Dismiss, the claims were *never* legally viable.

4. Defendant does not dispute that Plaintiff is entitled to dismiss her lawsuit under 41(a)(1)(A)(i) but preserves any right to seek any recoverable costs and/or fees in this or any future reassertion of the claims brought herein.

Respectfully submitted,

*/s/ Charles T. Jeremiah*

Charles T. Jeremiah
State Bar No. 00784338
Federal I.D. No. 15222
charles.jeremiah@hklaw.com
Travis P. Clardy
State Bar No. 04268020
travis.clardy@hklaw.com
**HOLLAND & KNIGHT LLP**
1100 Louisiana Street, Suite 4300
Houston, Texas 77002
Telephone: (713) 821-7000
Facsimile: (713) 821-7001
**ATTORNEYS FOR DEFENDANT**

[1] Rule 41(a)(1)(A)(i) describes a "notice," not a stipulation.

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document was served on all counsel of record via this Court's ECF system on October 13, 2020.

*/s/ Charles T. Jeremiah*____________
Charles T. Jeremiah