United States District Court
Southern District of Texas
**ENTERED**
October 15, 2020
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ANGELA REYNA | § |
| | § |
| v. | § CIVIL ACTION NO. 2:20-cv-00151 |
| | § JURY TRIAL |
| CASCADE HEALTH SERVICES, LLC | § |
| d/b/a CIMARRON PLACE HEALTH & | § |
| REHABILITATION | § |

## ORDER GRANTING
## PLAINTIFF'S OPPOSED STIPULATION OF DISMISSAL OF CLAIMS

The Court, having been presented with the *Plaintiff's Opposed Stipulation of Dismissal of Claims*, finds that said Stipulation should be Granted.

IT IS, THEREFORE, ORDERED that *Plaintiff's Opposed Stipulation of Dismissal of Claims Against Defendant* is GRANTED pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and thereby dismisses Plaintiff's claims versus Defendant, without prejudice.

DONE this 14th day of October, 2020.

Drew B. Tipton
UNITED STATES DISTRICT JUDGE